UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES MONROE TYSON #172927, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 2:05-cv-23 |
| | ) | |
| v. | ) | HON. RICHARD ALAN ENSLEN |
| | ) | |
| TIM LUOMA, | ) | |
| | ) | |
| | ) | **ORDER DENYING MOTION** |
| Respondent. | ) | **FOR RECONSIDERATION** |
| | ) | |

       Petitioner, a prisoner incarcerated at the Baraga Maximum Correctional Facility (AMF), filed an application for habeas corpus relief pursuant to 28 U.S.C. § 2254.  This Court dismissed Petitioner's habeas corpus action on April 27, 2005, without prejudice for failure to amend the petition in compliance with the Court's March 4, 2005 Order. (Dkt. No. 13.) Petitioner has filed a motion for reconsideration, which the Court construes as a motion filed pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.  The Court finds that the motion is timely. *See* FED. R. CIV. P. 60(b).  Further, the Court must address the motion despite the notice of appeal. *See* FED. R. APP. P. 4.  After careful consideration, the Court will deny the motion.

       Petitioner states that he was unable to file an amended petition because the forms for filing a habeas corpus petition are not appropriate for claims involving prison misconduct convictions.  However, as noted in the order directing Petitioner to amend, as well as in the order dismissing this action, a separate petition must be filed for each conviction being challenged. *See* Rule 2(d), RULES GOVERNING § 2254 CASES;  W.D. Mich. LCivR 5.6(a).  Petitioner filed his

application for habeas corpus relief on the requisite form, but disregarded this instruction and sought to challenge "misconduct hearing dispositions from 1983 to 2005." Petitioner was told that if he wished to proceed with his action, he was required to amend his habeas corpus petition to challenge only one conviction. In addition, Petitioner was told to specify the procedural history of the case with regard to the challenged conviction. Petitioner failed to comply with these instructions.

Accordingly, the Court will deny Petitioner's motion as without merit. Therefore:

**IT IS HEREBY ORDERED** that Petitioner's motion for reconsideration (Dkt. No. 26) is **DENIED**.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>July 19, 2005 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>UNITED STATES DISTRICT JUDGE |